UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| PERCEY LEE RIC'E, | Case No. 3:23-cv-00339-MMD-CLB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| PERRY RUSSELL, *et al.*, | |
| Defendants. | |

This is a civil-rights action under 42 U.S.C. § 1983 by state prisoner Percey Ric'e. The Court screened Plaintiff's first amended complaint, allowing claims to proceed, staying this action for 90 days, and referring it to the Court's inmate mediation program. (ECF No. 7). A mediation conference is scheduled for May 17, 2024. (ECF No. 10). But Plaintiff has filed a notice stating that he is "profoundly hearing impaired, and does not have adequate hearing assistance devices, and is not versed in any other form or language in which to communicate." (ECF No. 8 at 1). And he asks the Court to allow fellow inmate William R. Lyons, #79249, to be present to help him during the mediation conference. (*Id.* at 1–2). The Court will provide the Nevada Department of Corrections ("NDOC") an opportunity to object to Plaintiff's request, if it wishes to do so.

It is therefore ordered that the NDOC has until **April 24, 2024**, to file an objection to Plaintiff's request to have an inmate helper present during the mediation conference (ECF No. 8). Plaintiff may not file a reply.

If the NDOC timely files an objection, the Court will enter an order, set the matter for hearing, or both. But if the NDOC does not timely object, the Court will allow Plaintiff to have Lyons present to help him during the mediation conference without further prior order, and the NDOC must make the appropriate arrangements to effectuate that accommodation.

DATED THIS 17th day of April 2024.

_____
UNITED STATES MAGISTRATE JUDGE