UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PERCEY LEE RIC'E,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>PERRY RUSSELL, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:23-CV-00339-MMD-CLB<br><br>**ORDER DENYING MOTION TO STAY**<br><br>[ECF No. 30] |

Before the Court is Plaintiff Percey Lee Ric'e's ("Ric'e") motion to stay this case. (ECF No. 30.) In the motion, Ric'e claims that he is also a plaintiff in Case Number 3:23-cv-00335—MMD-CSD ("Case No. 335"). (*Id.* at 1.) Ric'e argues that this case should be stayed because Case No. 335 was referred to the pro bono panel for appointment of counsel and the court has not yet decided whether that case will be certified as a class action. (*Id.*) However, Ric'e is not a plaintiff in Case No. 335 and any referral to the pro bono program has no connection to this case. Moreover, the district court denied the motion to certify Case No. 335 as a class action on January 24, 2025. (*See* ECF No. 53, Case No. 3:23-cv-00335-MMD-CSD.) Accordingly, there is no basis to stay this case and Ric'e's motion to stay, (ECF No. 30), is **DENIED**.

**IT IS SO ORDERED.**

**DATED**: March 18, 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**